UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **KAPCHECK, JAMES J** | )   Bankruptcy Case No. 15-82255 TML |
| | )   Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 12, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

KAPCHECK, JAMES J
3406 COVE COURT
MCHENRY, IL 60051

MARC D SHERMAN
MARC D SHERMAN & ASSOCIATES
3700 W DEVON AVE STE E
LINCOLNWOOD, IL 60712
*(Via ECF Electronic Transmission)*

U.S. TRUSTEE'S OFFICE
780 REGENT ST., STE. 304
MADISON, WI 53715
*(Via ECF Electronic Transmission)*

Village of Arlington Heights
Attention: Robin Ward
33 S. Arlington Heights Road
Arlington Heights, IL 60005

American Chartered Bank
Ashen/Faulkner
217 N Jefferson St. Ste. 601
Chicago, IL 60661

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

Benefit Security Insurance Company
Stein Ray LLP
222 West Adams Street, Suite 1800
Chicago, IL 60606

CORPORATE FACILITY SERVICES
AGT FOR UNION NAT'L BANK U/T
955 N PLUM GROVE, STE C
SCHAUMBURG, IL 60173

STONE DESIGN INC
598 MITCHELL RD
GLENDALE HEIGHTS, IL 60139

SGH Enterprises LTD
7027 RFD
MUNDELEIN, IL 60060

Admin Dist. Council 1 of II
c/o Josiah A Groff
8 S Michigan Ave., Suite 1900
Chicago, IL 60603

A. Lacroix Granit
450, Rue Principale
St-Sebastien, Qc Canada G0Y 1M0


/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-0687
sbalsley@bslbv.com