# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: KAPCHECK, JAMES J | § | Case No. 15-82255-TML |
| | § | |
| | § | |
| Debtor(s) | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 04, 2015. The undersigned trustee was appointed on November 23, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $          6,451.50

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 3,222.65 |
| Bank service fees | 50.30 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] $ | 3,178.55 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/02/2016 and the deadline for filing governmental claims was 03/02/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,395.15. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $1,395.15 as interim compensation and now requests the sum of $0.00, for a total compensation of $1,395.15.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/27/2016          By: /s/STEPHEN G. BALSLEY
                              Trustee, Bar No.: 0104841

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-82255-TML  
**Case Name:** KAPCHECK, JAMES J  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/04/15 (f)  
**§341(a) Meeting Date:** 10/08/15  

**Period Ending:** 05/27/16  
**Claims Bar Date:** 02/02/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3406 COVE COURT, JOHNSBURG, IL 60051 | 250,000.00 | 0.00 | | 0.00 | FA |
| 2 | ETRADE ACCOUNT | 40.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNT, AMERICAN CHARTERED BANK | 200.00 | 0.00 | | 0.00 | FA |
| 4 | MISC. HOUSEHOLD FURNISHINGS AND FIXTURES | 750.00 | 0.00 | | 0.00 | FA |
| 5 | DEBTOR HAS MISC. FAMILY PICTURES AND BOOKS | 50.00 | 0.00 | | 0.00 | FA |
| 6 | MISC USED MEN'S CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 7 | USED CAMERA | 10.00 | 0.00 | | 0.00 | FA |
| 8 | USED MUSICAL EQUIPMENT | 2,015.00 | 0.00 | | 0.00 | FA |
| 9 | DEBTOR MAY HAVE AN INTEREST IN TERM LIFE INSURA | 0.00 | 0.00 | | 0.00 | FA |
| 10 | UNION PENSION | 95,000.00 | 0.00 | | 0.00 | FA |
| 11 | 1/3 COMMON STOCK INTEREST IN POMA MARBLE, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 2014 HONDA CIVIC | 14,433.00 | 0.00 | | 0.00 | FA |
| 13 | HONDA VTX 2006 MOTORCYCLE | 3,900.00 | 0.00 | | 0.00 | FA |
| 14 | EARLY 2008 MACPRO COMPUTER | 150.00 | 0.00 | | 0.00 | FA |
| 15 | 2014 Income Tax Refund (Debtor's 1/2 interest)  (u) | 6,451.50 | 6,451.50 | | 6,451.50 | FA |
| 15 | **Assets**   Totals (Excluding unknown values) | **$373,099.50** | **$6,451.50** | | **$6,451.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 3, 2016   **Current Projected Date Of Final Report (TFR):**   April 2, 2016  (Actual)

Printed: 05/27/2016 12:34 PM    V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-82255-TML  
**Case Name:** KAPCHECK, JAMES J  

**Taxpayer ID #:** **-***2933  
**Period Ending:** 05/27/16  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2066 - Checking Account  
**Blanket Bond:** $8,842,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/20/15 | {15} | Tamara L. Kapcheck | Debtor's interest in the 2014 income tax refund | 1224-000 | 6,451.50 | | 6,451.50 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,441.50 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.19 | 6,431.31 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,421.31 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,411.31 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.11 | 6,401.20 |
| 05/09/16 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | | 3210-000 | | 1,827.50 | 4,573.70 |
| 05/09/16 | 102 | STEPHEN G. BALSLEY | | 2100-000 | | 1,395.15 | 3,178.55 |
| | | | **ACCOUNT TOTALS** | | 6,451.50 | 3,272.95 | **$3,178.55** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,451.50 | 3,272.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,451.50** | **$3,272.95** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2066** | 6,451.50 | 3,272.95 | 3,178.55 |
| | **$6,451.50** | **$3,272.95** | **$3,178.55** |

# Exhibit C

## Case: 15-82255-TML   KAPCHECK, JAMES J

Claims Bar Date: 02/02/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3210-00  Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7<br>09/04/15 | | $1,827.50<br>$1,827.50 | $1,827.50 | $0.00 |
| | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00  Trustee Compensation>,  200 | Admin Ch.  7<br>09/04/15 | | $1,395.15<br>$1,395.15 | $1,395.15 | $0.00 |
| 1 | Village of Arlington Heights<br>Attention: Robin Ward<br>33 S. Arlington Heights Road<br>Arlington Heights, IL 60005<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/10/15 | Attention: Robin Ward<br>33 S. Arlington Heights Road<br>Arlington Heights, IL 60005<br>-----------------------------------------------------------------------------* * * | $1,425.00<br>$1,425.00 | $0.00 | $1,425.00 |
| 2 | American Chartered Bank<br>Ashen/Faulkner<br>217 N Jefferson St. Ste. 601<br>Chicago, IL 60661 | Secured<br>11/02/15 | Ashen<br>Faulkner,217 N Jefferson St. Ste. 601<br>Chicago, IL 60661<br>-----------------------------------------------------------------------------* * *<br>Claim No. 2 is allowed as a secured claim but disallowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | $187,986.46 *<br>$0.00 | $0.00 | $0.00 |
| | <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | | | | | |
| 3 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Secured<br>11/09/15 | National Bankruptcy Center<br>P.O. Box 168088,Irving, TX 75016-8088<br>,<br>-----------------------------------------------------------------------------* * *<br>Claim No. 3 is allowed as a secured claim but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | $16,142.06 *<br>$0.00 | $0.00 | $0.00 |
| | <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | | | | | |

(*) Denotes objection to Amount Filed

# Exhibit C

## Case: 15-82255-TML  KAPCHECK, JAMES J

Claims Bar Date: 02/02/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Benefit Security Insurance Company<br>Stein Ray LLP<br>222 West Adams Street, Suite 1800<br>Chicago, IL 60606 | Unsecured<br>02/24/16 | Stein Ray LLP<br>222 West Adams Street, Suite 1800<br>Chicago, IL 60606<br>-------* * *<br>Claim No. 4 is allowed as a late filed general unsecured claim pursuant to Court Order entered March 28, 2016. | $25,000.00<br>$25,000.00 | $0.00 | $25,000.00 |
|  | <7200-00  Tardy General Unsecured § 726(a)(3)>, 620 | | | | | |
| 5 | CORPORATE FACILITY SERVICES<br>AGT FOR UNION NAT'L BANK U/T<br>955 N PLUM GROVE, STE C<br>SCHAUMBURG, IL 60173 | Unsecured<br>02/29/16 | AGT FOR UNION NAT'L BANK U/T<br>955 N PLUM GROVE, STE C - CFS-157<br>Schaumburg, IL 60173<br>-------* * * | $9,070.05<br>$9,070.05 | $0.00 | $9,070.05 |
|  | <7200-00  Tardy General Unsecured § 726(a)(3)>, 620 | | | | | |
| 6 | STONE DESIGN INC<br>598 MITCHELL RD<br><br>GLENDALE HEIGHTS, IL 60139 | Unsecured<br>02/29/16 | 598 MITCHELL RD<br>Glendale Heights, IL 60139<br>-------* * * | $5,477.88<br>$5,477.88 | $0.00 | $5,477.88 |
|  | <7200-00  Tardy General Unsecured § 726(a)(3)>, 620 | | | | | |
| 7 | SGH Enterprises LTD<br>7027 RFD<br><br>MUNDELEIN, IL 60060 | Unsecured<br>03/02/16 | 7027 RFD<br>Mundelein, IL 60060<br>-------* * * | $9,722.62<br>$9,722.62 | $0.00 | $9,722.62 |
|  | <7200-00  Tardy General Unsecured § 726(a)(3)>, 620 | | | | | |
| 8P | Admin Dist. Council 1 of Il<br>c/o Josiah A Groff<br>8 S Michigan Ave., Suite 1900<br>Chicago, IL 60603 | Priority<br>03/25/16 | c/o Josiah A Groff<br>8 S Michigan Ave., Suite 1900<br>Chicago, IL 60603<br>-------* * * | $1,543.04<br>$1,543.04 | $0.00 | $1,543.04 |
|  | <5800-00  Claims of Governmental Units>, 570 | | | | | |

# Exhibit C

## Case: 15-82255-TML  KAPCHECK, JAMES J

Claims Bar Date: 02/02/16

| Claim Number | Claimant Name / &lt;Category&gt;, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8U | Admin Dist. Council 1 of Il<br>c/o Josiah A Groff<br>8 S Michigan Ave., Suite 1900<br>Chicago, IL 60603 | Unsecured<br>03/25/16 | c/o Josiah A Groff<br>8 S Michigan Ave., Suite 1900<br>Chicago, IL 60603<br>-----------------------------------------------------------------------------* * * | $103,140.21<br>$103,140.21 | $0.00 | $103,140.21 |
| | &lt;7200-00  Tardy General Unsecured § 726(a)(3)&gt;, 620 | | | | | |
| 9 | A. Lacroix Granit<br>450, Rue Principale<br>St-Sebastien, Qc Canada G0Y 1M0 | Unsecured<br>09/04/15 | | $17,855.00<br>$17,855.00 | $0.00 | $17,855.00 |
| | &lt;7200-00  Tardy General Unsecured § 726(a)(3)&gt;, 620 | | | | | |
| | | | **Case Total:** | | **$3,222.65** | **$173,233.80** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-82255-TML
Case Name: KAPCHECK, JAMES J
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**   $   3,178.55

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | American Chartered Bank | 187,986.46 | 0.00 | 0.00 | 0.00 |
| 3 | American Honda Finance Corporation | 16,142.06 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   3,178.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,395.15 | 1,395.15 | 0.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,827.50 | 1,827.50 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $   0.00
Remaining balance:   $   3,178.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   3,178.55

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,543.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8P | Admin Dist. Council 1 of Il | 1,543.04 | 0.00 | 1,543.04 |

|  | Total to be paid for priority claims: | $ | 1,543.04 |
|---|---|---|---|
|  | Remaining balance: | $ | 1,635.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,425.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Village of Arlington Heights | 1,425.00 | 0.00 | 1,425.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 1,425.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 210.51 |

Tardily filed claims of general (unsecured) creditors totaling $ 170,265.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Benefit Security Insurance Company | 25,000.00 | 0.00 | 30.91 |
| 5 | CORPORATE FACILITY SERVICES | 9,070.05 | 0.00 | 11.21 |
| 6 | STONE DESIGN INC | 5,477.88 | 0.00 | 6.77 |
| 7 | SGH Enterprises LTD | 9,722.62 | 0.00 | 12.02 |
| 8U | Admin Dist. Council 1 of Il | 103,140.21 | 0.00 | 127.52 |
| 9 | A. Lacroix Granit | 17,855.00 | 0.00 | 22.08 |

**UST Form 101-7-TFR (05/1/2011)**

| | |
|---|---:|
| Total to be paid for tardy general unsecured claims: $ | 210.51 |
| Remaining balance: $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | |
|---|---:|
| Total to be paid for subordinated claims: $ | 0.00 |
| Remaining balance: $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**