**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KAPCHECK, JAMES J    § Case No. 15-82255-TML
    §
    §
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $366,648.00    Assets Exempt: $116,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,178.55    Claims Discharged
    Without Payment: $584,108.25

Total Expenses of Administration: $3,272.95

　　　3) Total gross receipts of $ 6,451.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,451.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $201,989.00 | $204,128.52 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,272.95 | 3,272.95 | 3,272.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,543.04 | 1,543.04 | 1,543.04 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 423,123.05 | 171,690.76 | 171,690.76 | 1,635.51 |
| **TOTAL DISBURSEMENTS** | $625,112.05 | $380,635.27 | $176,506.75 | $6,451.50 |

4) This case was originally filed under Chapter 7 on September 04, 2015. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/29/2016        By: /s/STEPHEN G. BALSLEY
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 Income Tax Refund (Debtor's 1/2 interest) | 1224-000 | 6,451.50 |
| **TOTAL GROSS RECEIPTS** | | **$6,451.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American Chartered Bank | 4110-000 | 185,853.00 | 187,986.46 | 0.00 | 0.00 |
| 3 | American Honda Finance Corporation | 4110-000 | 16,136.00 | 16,142.06 | 0.00 | 0.00 |
| NOTFILED | AMERICAN CHARTERED BANK | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$201,989.00** | **$204,128.52** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,395.15 | 1,395.15 | 1,395.15 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 1,827.50 | 1,827.50 | 1,827.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.19 | 10.19 | 10.19 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.11 | 10.11 | 10.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,272.95 | $3,272.95 | $3,272.95 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8P | Admin Dist. Council 1 of Il | 5800-000 | N/A | 1,543.04 | 1,543.04 | 1,543.04 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,543.04 | $1,543.04 | $1,543.04 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Village of Arlington Heights | 7100-000 | N/A | 1,425.00 | 1,425.00 | 1,425.00 |
| 4 | Benefit Security Insurance Company | 7200-000 | unknown | 25,000.00 | 25,000.00 | 30.91 |
| 5 | CORPORATE FACILITY SERVICES | 7200-000 | 9,070.05 | 9,070.05 | 9,070.05 | 11.21 |
| 6 | STONE DESIGN INC | 7200-000 | unknown | 5,477.88 | 5,477.88 | 6.77 |
| 7 | SGH Enterprises LTD | 7200-000 | N/A | 9,722.62 | 9,722.62 | 12.02 |
| 8U | Admin Dist. Council 1 of Il | 7200-000 | unknown | 103,140.21 | 103,140.21 | 127.52 |
| 9 | A. Lacroix Granit | 7200-000 | unknown | 17,855.00 | 17,855.00 | 22.08 |
| NOTFILED | Mcsi Inc | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | MARBLE AND GRANITE OF ILL | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Medicredit, Inc | 7100-000 | 76.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Grant & Weber | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Cr | 7100-000 | 1,550.00 | N/A | N/A | 0.00 |
| NOTFILED | JOSEPH KAPCHECK JR | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MGT STONE INC. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | JOSEPH KAPCHECK | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Harris Harris & Harris, Ltd. | 7100-000 | 623.00 | N/A | N/A | 0.00 |
| NOTFILED | HENRY FRERK & SONS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Grant & Weber | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | PITNEY BOWES | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MID-AMERICA TILE | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | T-MOBILE | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SHELL FLEET OIL COMPANY | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TERRAZO AND MARBLE SUPPLY | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SCOTT HIMLEY S.G.H ENTERPRISES LTD | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | WESTFIELD INSURANCE ONE PARK CIRCLE | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | RALPH H. SIMPSON COMPANY | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NATIONAL LIFT TRUCK | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | FEDERAL EXPRESS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MIDWEST AUTOMOTIVE | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | QUERRY & HARROW | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DODGE DATA AND ANALYTICS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BERKLEYNET | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ERIC MAY | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BANNER LIFE INSURANCE | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ACORN GRANITE & NATURAL STONE | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AMERICAN CHARTERED BANK C/O MISCHOFF PARTNERS LLC | 7100-000 | 403,084.00 | N/A | N/A | 0.00 |
| NOTFILED | AA RIGONI BROTHERS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ACCURATE FIRE EQUIPMENT | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | C.W. OLSON & COMPANY C/O STEIN RAY LLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BRACING SYSTEMS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | EMPLOYERS UNITED BILL PAY | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | ELSTON MATERIALS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CUKIERSKI AND KOWAL LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/pier 1 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Choice Recovery | 7100-000 | 330.00 | N/A | N/A | 0.00 |
| NOTFILED | Choice Recovery | 7100-000 | 190.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $423,123.05 | $171,690.76 | $171,690.76 | $1,635.51 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-82255-TML  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** KAPCHECK, JAMES J  **Filed (f) or Converted (c):** 09/04/15 (f)
**§341(a) Meeting Date:** 10/08/15
**Period Ending:** 08/29/16  **Claims Bar Date:** 02/02/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  3406 COVE COURT, JOHNSBURG, IL 60051 | 250,000.00 | 0.00 | | 0.00 | FA |
| 2  ETRADE ACCOUNT | 40.00 | 0.00 | | 0.00 | FA |
| 3  CHECKING ACCOUNT, AMERICAN CHARTERED BANK | 200.00 | 0.00 | | 0.00 | FA |
| 4  MISC. HOUSEHOLD FURNISHINGS AND FIXTURES | 750.00 | 0.00 | | 0.00 | FA |
| 5  DEBTOR HAS MISC. FAMILY PICTURES AND BOOKS | 50.00 | 0.00 | | 0.00 | FA |
| 6  MISC USED MEN'S CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 7  USED CAMERA | 10.00 | 0.00 | | 0.00 | FA |
| 8  USED MUSICAL EQUIPMENT | 2,015.00 | 0.00 | | 0.00 | FA |
| 9  DEBTOR MAY HAVE AN INTEREST IN TERM LIFE INSURA | 0.00 | 0.00 | | 0.00 | FA |
| 10 UNION PENSION | 95,000.00 | 0.00 | | 0.00 | FA |
| 11 1/3 COMMON STOCK INTEREST IN POMA MARBLE, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 12 2014 HONDA CIVIC | 14,433.00 | 0.00 | | 0.00 | FA |
| 13 HONDA VTX 2006 MOTORCYCLE | 3,900.00 | 0.00 | | 0.00 | FA |
| 14 EARLY 2008 MACPRO COMPUTER | 150.00 | 0.00 | | 0.00 | FA |
| 15 2014 Income Tax Refund (Debtor's 1/2 interest) (u) | 6,451.50 | 6,451.50 | | 6,451.50 | FA |
| 15  **Assets    Totals** (Excluding unknown values) | **$373,099.50** | **$6,451.50** | | **$6,451.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 3, 2016    **Current Projected Date Of Final Report (TFR):**    April 2, 2016  (Actual)

Printed: 08/29/2016 04:43 PM    V.13.28

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-82255-TML  
**Case Name:** KAPCHECK, JAMES J

**Taxpayer ID #:** **-***2933  
**Period Ending:** 08/29/16

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2066 - Checking Account  
**Blanket Bond:** $6,620,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/20/15 | {15} | Tamara L. Kapcheck | Debtor's interest in the 2014 income tax refund | 1224-000 | 6,451.50 | | 6,451.50 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,441.50 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.19 | 6,431.31 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,421.31 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,411.31 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.11 | 6,401.20 |
| 05/09/16 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | | 3210-000 | | 1,827.50 | 4,573.70 |
| 05/09/16 | 102 | STEPHEN G. BALSLEY | | 2100-000 | | 1,395.15 | 3,178.55 |
| 06/02/16 | 103 | Village of Arlington Heights | Dividend paid 100.00% on $1,425.00; Claim# 1; Filed: $1,425.00; Reference: | 7100-000 | | 1,425.00 | 1,753.55 |
| 06/02/16 | 104 | Benefit Security Insurance Company | Dividend paid 0.12% on $25,000.00; Claim# 4; Filed: $25,000.00; Reference: | 7200-000 | | 30.91 | 1,722.64 |
| 06/02/16 | 105 | CORPORATE FACILITY SERVICES | Dividend paid 0.12% on $9,070.05; Claim# 5; Filed: $9,070.05; Reference: | 7200-000 | | 11.21 | 1,711.43 |
| 06/02/16 | 106 | STONE DESIGN INC | Dividend paid 0.12% on $5,477.88; Claim# 6; Filed: $5,477.88; Reference: | 7200-000 | | 6.77 | 1,704.66 |
| 06/02/16 | 107 | SGH Enterprises LTD | Dividend paid 0.12% on $9,722.62; Claim# 7; Filed: $9,722.62; Reference: | 7200-000 | | 12.02 | 1,692.64 |
| 06/02/16 | 108 | A. Lacroix Granit | Dividend paid 0.12% on $17,855.00; Claim# 9; Filed: $17,855.00; Reference: | 7200-000 | | 22.08 | 1,670.56 |
| 06/02/16 | 109 | Admin Dist. Council 1 of Il | Combined Check for Claims#8U,8P | | | 1,670.56 | 0.00 |
| | | | Dividend paid 0.12% on 127.52 $103,140.21; Claim# 8U; Filed: $103,140.21 | 7200-000 | | | 0.00 |
| | | | Dividend paid 100.00% 1,543.04 on $1,543.04; Claim# 8P; Filed: $1,543.04 | 5800-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,451.50 | 6,451.50 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,451.50 | 6,451.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,451.50** | **$6,451.50** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-82255-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | KAPCHECK, JAMES J | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2066 - Checking Account |
| Taxpayer ID #: | **-***2933 | | Blanket Bond: | $6,620,000.00  (per case limit) |
| Period Ending: | 08/29/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|---|
| | | | | **Checking # ******2066** | 6,451.50 | 6,451.50 | 0.00 |
| | | | | | $6,451.50 | $6,451.50 | $0.00 |

{} Asset reference(s)  
Printed: 08/29/2016 04:43 PM   V.13.28